# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Martin D. Borst            BK NO. 22-02019 MJC

            Debtor(s)

           Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ Michael Farrington
                               Michael Farrington
                               26 Oct 2022, 16:18:45, EDT

                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA  19106
                               215-627-1322