United States Bankruptcy Court
Middle District of Pennsylvania

In re:                  Case No. 22-02019-MJC
Martin D. Borst        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 16, 2022      Form ID: ntnew341      Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Martin D. Borst, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5501873 | Borst Martin D, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5501878 | Guthrie Clinic Ltd., One Guthrie Square, Guthrie Medical Group, P.C., Sayre, PA 18840-1699 |
| 5501874 | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5501882 | Wilmington Savings Fund, FSB, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5501875 | | Email/Text: bankruptcynotice@aspendental.com | Nov 16 2022 18:40:00 | Aspen Dental, 1643 Country Rte # 64, Horseheads, NY 14845 |
| 5501876 | | Email/Text: g17768@att.com | Nov 16 2022 18:40:00 | AT&T, P. O. Box 5083, Carol Stream, IL 60197-5083 |
| 5501877 | | Email/Text: G06041@att.com | Nov 16 2022 18:40:00 | Direct TV, P. O. Box 78626, Phoenix, AZ 85062-8626 |
| 5504679 | | Email/Text: G06041@att.com | Nov 16 2022 18:40:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5501879 | ^ | MEBN | Nov 16 2022 18:36:55 | KML Law Group, 701 Market St Ste 5000-BNY, Philadelphia, PA 19106-1541 |
| 5501880 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 16 2022 18:40:00 | SPS Select Portfolio Servicing, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5501881 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 16 2022 18:40:00 | Verizon Wireless, P. O. Box 5029, Wallingford, CT 06492-7529 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2022           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Harris | on behalf of Debtor 1 Martin D. Borst dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Martin D. Borst,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−02019−MJC

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: January 9, 2023<br><br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 16, 2022 |

ntnew341 (04/18)