#9

C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853


Martin D Borst
52 Robin Circle
Wysox, PA 18854

| Employee Pay Stub | Check number: | | Pay Period: 11/19/2022 - 11/25/2022 | Pay Date: 12/02/2022 |
|---|---|---|---|---|

| Employee | | | SSN | |
|---|---|---|---|---|
| Martin D Borst, 52 Robin Circle, Wysox, PA 18854 | | | ***-**-6632 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 27:00 | 13.75 | 371.25 | 4,279.69 |
| OT rate-sawmill | | | | 226.93 |
| | 27:00 | | 371.25 | 4,506.62 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -4.60 | -55.88 |
| Federal Withholding | -31.00 | -416.00 |
| Social Security Employee | -23.02 | -279.41 |
| Medicare Employee | -5.39 | -65.35 |
| PA - Income Tax | -11.40 | -138.36 |
| PA - Unemployment | -0.22 | -2.70 |
| | -75.63 | -957.70 |

| Net Pay | 295.62 | 3,548.92 |
|---|---|---|

1662 C C ALLIS Rd, WYALUSING, PA 18853

C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853



Martin D Borst
52 Robin Circle
Wysox, PA 18854

**Employee Pay Stub**  Check number:  Pay Period: 11/12/2022 - 11/18/2022   Pay Date: 11/25/2022

**Employee**  SSN
Martin D Borst, 52 Robin Circle, Wysox, PA 18854   ***-**-6832

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 36:00 | 13.75 | 495.00 | 3,908.44 |
| OT rate-sawmill | | | | 226.93 |
| | 36:00 | | 495.00 | 4,135.37 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -6.14 | -51.28 |
| Federal Withholding | -45.00 | -385.00 |
| Social Security Employee | -30.69 | -256.39 |
| Medicare Employee | -7.17 | -59.96 |
| PA - Income Tax | -15.20 | -126.96 |
| PA - Unemployment | -0.30 | -2.48 |
| | -104.50 | -882.07 |

**Net Pay**   390.50   3,253.30

C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853



Martin D Borst
52 Robin Circle
Wysox, PA 18854

**Employee Pay Stub**   Check number:   Pay Period: 11/05/2022 - 11/11/2022   Pay Date: 11/18/2022

**Employee**   SSN
Martin D Borst, 52 Robin Circle, Wysox, PA 18854   ***-**-6632

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 25:45 | 13 75 | 354.06 | 3,413.44 |
| OT rate-sawmill | | | | 226.93 |
| | 25:45 | | 354.06 | 3,640 37 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Medicare Employee Addl Tax | | | 0.00 | 0.00 |
| Local W/H | | | -4.39 | -45.14 |
| Federal Withholding | | | -29.00 | -340.00 |
| Social Security Employee | | | -21.95 | -225.70 |
| Medicare Employee | | | -5.14 | -52.79 |
| PA - Income Tax | | | -10.87 | -111.76 |
| PA - Unemployment | | | -0.21 | -2.18 |
| | | | -71.56 | -777.57 |

| Net Pay | | | 282.50 | 2,862.80 |

1662 C C ALLIS Rd, WYALUSING, PA 18853


#-6

C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853

Martin D Borst
52 Robin Circle
Wysox, PA 18854

| Employee Pay Stub | | Check number: | | | Pay Period: 10/29/2022 - 11/04/2022 | Pay Date: 11/10/2022 |

**Employee**
Martin D Borst, 52 Robin Circle, Wysox, PA 18854

**SSN**
***-**-6632

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 40:00 | 13 75 | 550.00 | 3,059.38 |
| OT rate-sawmill | 5:00 | 20.63 | 103.15 | 226.93 |
| | 45:00 | | 653.15 | 3,286.31 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -8.10 | -40.75 |
| Federal Withholding | -64.00 | -311.00 |
| Social Security Employee | -40.49 | -203.75 |
| Medicare Employee | -9 47 | -47.65 |
| PA - Income Tax | -20.05 | -100 89 |
| PA - Unemployment | -0 39 | -1.97 |
| | -142.50 | -706.01 |

| Net Pay | 510.65 | 2,580.30 |

1662 C C ALLIS Rd, WYALUSING, PA 18853



C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853

Martin D Borst
52 Robin Circle
Wysox, PA 18854

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/22/2022 - 10/28/2022 | Pay Date: 11/04/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Martin D Borst, 52 Robin Circle, Wysox, PA 18854 | | | | | ***-**-6632 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 40:00 | 13.75 | 550.00 | 2,509.38 |
| OT rate-sawmill | 0:45 | 20.63 | 15.47 | 123.78 |
| | 40:45 | | 565.47 | 2,633.16 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -7.01 | -32.65 |
| Federal Withholding | -54.00 | -247.00 |
| Social Security Employee | -35.06 | -163.26 |
| Medicare Employee | -8.20 | -38.18 |
| PA - Income Tax | -17.36 | -80.84 |
| PA - Unemployment | -0.34 | -1.58 |
| | -121.97 | -563.51 |
| **Net Pay** | 443.50 | 2,069.66 |

1662 C C ALLIS Rd, WYALUSING, PA 18853

C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853



Martin D Borst
52 Robin Circle
Wysox, PA 18854

**Employee Pay Stub**  Check number:  Pay Period: 10/15/2022 - 10/21/2022  Pay Date: 10/28/2022

**Employee**  **SSN**
Martin D Borst, 52 Robin Circle, Wysox, PA 18854  ***-**-6632

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 27:00 | 13.75 | 371.25 | 1,959.38 |
| OT rate-sawmill | | | | 108.31 |
| | 27:00 | | 371.25 | 2,067.69 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -4.60 | -25.64 |
| Federal Withholding | -31.00 | -193.00 |
| Social Security Employee | -23.02 | -128.20 |
| Medicare Employee | -5.38 | -29.98 |
| PA - Income Tax | -11.40 | -63.48 |
| PA - Unemployment | -0.22 | -1.24 |
| | -75.62 | -441.54 |

**Net Pay**  285.63  1,626.15

1662 C C ALLIS Rd, WYALUSING, PA 18853

C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853

Martin D Borst
52 Robin Circle
Wysox, PA 18854

| Employee Pay Stub | | Check number: | | | Pay Period: 10/08/2022 - 10/14/2022 | Pay Date: 10/21/2022 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Martin D Borst, 52 Robin Circle, Wysox, PA 18854 | | | | | ***-**-6632 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 40:00 | 13.75 | 550.00 | 1,588.13 |
| OT rate-sawmill | 4:45 | 20.63 | 97.99 | 108.31 |
|  | 44:45 |  | 647.99 | 1,696.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -8.04 | -21.04 |
| Federal Withholding | -64.00 | -162.00 |
| Social Security Employee | -40.18 | -105.18 |
| Medicare Employee | -9.40 | -24.60 |
| PA - Income Tax | -19.89 | -52.08 |
| PA - Unemployment | -0.39 | -1.02 |
|  | -141.90 | -365.92 |

| Net Pay | 506.09 | 1,330.52 |
|---|---|---|

1662 C C ALLIS Rd, WYALUSING, PA 18853

#2

C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853

Martin D Borst
52 Robin Circle
Wysox, PA 18854

| Employee Pay Stub | Check number: | | | | Pay Period: 10/01/2022 - 10/07/2022 | Pay Date: 10/14/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| Martin D Borst, 52 Robin Circle, Wysox, PA 18854 | | | | | ***-**-6632 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 35:30 | 13.75 | 488.13 | 1,038.13 |
| OT rate-sawmill | | | | 10.32 |
| | 35:30 | | 488.13 | 1,048.45 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -6.05 | -13.00 |
| Federal Withholding | -45.00 | -98.00 |
| Social Security Employee | -30.26 | -65.00 |
| Medicare Employee | -7.08 | -15.20 |
| PA - Income Tax | -14.99 | -32.19 |
| PA - Unemployment | -0.29 | -0.63 |
| | -103.67 | -224.02 |

| Net Pay | 384.46 | 824.43 |
|---|---|---|

1662 C C ALLIS Rd, WYALUSING, PA 18853



C.C. ALLIS & SONS INC.
1662 C C ALLIS Rd
WYALUSING, PA 18853

Martin D Borst
52 Robin Circle
Wysox, PA 18854

| Employee Pay Stub | | Check number: | | Pay Period: 09/24/2022 - 09/30/2022 | Pay Date: 10/07/2022 |
|---|---|---|---|---|---|

**Employee**
Martin D Borst, 52 Robin Circle, Wysox, PA 18854

**SSN**
***-**-8632

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly rate-sawmill | 40:00 | 13.75 | 550.00 | 550.00 |
| OT rate-sawmill | 0:30 | 20.63 | 10.32 | 10.32 |
| | 40:30 | | 560.32 | 560.32 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Local W/H | -6.95 | -6.95 |
| Federal Withholding | -53.00 | -53.00 |
| Social Security Employee | -34.74 | -34.74 |
| Medicare Employee | -8.12 | -8.12 |
| PA - Income Tax | -17.20 | -17.20 |
| PA - Unemployment | -0.34 | -0.34 |
| | -120.35 | -120.35 |

| Net Pay | 439.97 | 439.97 |
|---|---|---|

1662 C C ALLIS Rd, WYALUSING, PA 18853