United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                            Case No. 22-02019-MJC
Martin D. Borst                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                Page 1 of 2
Date Rcvd: Feb 06, 2023                           Form ID: ntcnfhrg                           Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Martin D. Borst, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5501873 | | Borst Martin D, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5510338 | + | Bradford County Tax Claim Bureau, 301 Main St, Towanda, PA 18848-1845 |
| 5501878 | | Guthrie Clinic Ltd., One Guthrie Square, Guthrie Medical Group, P.C., Sayre, PA 18840-1699 |
| 5501874 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5501882 | | Wilmington Savings Fund, FSB, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5501875 | | Email/Text: bankruptcynotice@aspendental.com | Feb 06 2023 18:37:00 | Aspen Dental, 1643 Country Rte # 64, Horseheads, NY 14845 |
| 5501876 | | Email/Text: g17768@att.com | Feb 06 2023 18:37:00 | AT&T, P. O. Box 5083, Carol Stream, IL 60197-5083 |
| 5501877 | | Email/Text: G06041@att.com | Feb 06 2023 18:37:00 | Direct TV, P. O. Box 78626, Phoenix, AZ 85062-8626 |
| 5504679 | | Email/Text: G06041@att.com | Feb 06 2023 18:37:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5501879 | ^ | MEBN | Feb 06 2023 18:35:28 | KML Law Group, 701 Market St Ste 5000-BNY, Philadelphia, PA 19106-1541 |
| 5507179 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2023 18:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5501880 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2023 18:37:00 | SPS Select Portfolio Servicing, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5501881 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 06 2023 18:37:00 | Verizon Wireless, P. O. Box 5029, Wallingford, CT 06492-7529 |
| 5513163 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 06 2023 18:37:00 | Wilmington Savings Fund Society, FSB, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5510336 | *P++ | ASPEN DENTAL, PO BOX 1578, ALBANY NY 12201-1578, address filed with court:, Aspen Dental, 1643 Country Rte # 64, Horseheads, NY 14845 |

| | | |
|---|---|---|
| 5510337 | * | AT&T, P. O. Box 5083, Carol Stream, IL 60197-5083 |
| 5510334 | * | Borst Martin D, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5510339 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, Direct TV, P. O. Box 78626, Phoenix, AZ 85062-8626 |
| 5510340 | * | Guthrie Clinic Ltd., One Guthrie Square, Guthrie Medical Group, P.C., Sayre, PA 18840-1699 |
| 5510341 | *+ | KML Law Group, 701 Market St Ste 5000-BNY, Philadelphia, PA 19106-1541 |
| 5510335 | * | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5510342 | * | SPS Select Portfolio Servicing, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5510343 | *+ | Verizon Wireless, P. O. Box 5029, Wallingford, CT 06492-7529 |
| 5510344 | * | Wilmington Savings Fund, FSB, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Harris | on behalf of Debtor 1 Martin D. Borst dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| | |
|---|---|
| <div align="center">**UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA</div> | |
| In re: | |
| Martin D. Borst,<br>   **Debtor 1** | Chapter     13<br><br>Case No.    5:22−bk−02019−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 9, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: March 16, 2023<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 6, 2023 |

ntcnfhrg (08/21)