DAVID J. HARRIS, ESQUIRE
ATTORNEY FOR DEBTOR
PA S. Ct. No.: 48558
FL Bar No.: 0451207

69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone: (570) 823-9400
Facsimile: (570) 208-1400
E-Mail: dh@lawofficeofdavidharris.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MARTIN D. BORST

Debtor

Chapter 13
Case No.: 5:22-bk-02019

## CERTIFICATE OF SERVICE

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 12th day of July, 2023, I served a true and correct copy of the of the attached Second Amended Chapter 13 plan and Notice relating to the response deadline and hearing date in the above matter upon the persons and entities set forth on the attached matrix by First Class United States Mail, postage prepaid.

I certify under penalty of perjury that the foregoing is true and correct.

RESPECTFULLY SUBMITTED:

Dated: July 12, 2023
Wilkes-Barre, Pennsylvania

BY: /s/ David J. Harris
DAVID J. HARRIS, ESQUIRE

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

MARTIN D. BORST

Debtor(s)

Chapter: 13

Case No.: 5:22-bk-02019

## NOTICE

The confirmation hearing on the 2nd Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time, and location:

Date: November 2, 2023   Time: 10:00 AM

Location: 197 S Main St, Courtroom #2, Max Rosenn US Courthouse, Wilkes-Barre, PA 18701

The deadline for filing objections to confirmation of the Plan is: October 26, 2023.

Evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined at the confirmation hearing that an evidentiary hearing is required, an evidentiary hearing will be scheduled for a future date.

A copy of the Plan is enclosed with this Notice. A copy may also be obtained from the case docket through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local Bankruptcy Rule 9074-1(a).

Date: 07/12/2023    Filed by: David J. Harris, Esquire

67-69 Public Square, Ste 700

Wilkes-Barre, PA 18701

Label Matrix for local noticing
0314-5
Case 5:22-bk-02019-MJC
Middle District of Pennsylvania
Wilkes-Barre
Wed Jul  5 10:36:09 EDT 2023

(p)ASPEN DENTAL
PO BOX 1578
ALBANY NY 12201-1578





AT&T
P. O. Box 5083
Carol Stream, IL  60197-5083

Bradford County Tax Claim Bureau
301 Main St
Towanda, PA 18848-1845

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Directv, LLC
by American InfoSource as agent
PO Box 5072
Carol Stream, IL  60197-5072

Guthrie Clinic Ltd.
One Guthrie Square
Guthrie Medical Group, P.C.
Sayre, PA  18840-1699

KML Law Group
701 Market St Ste 5000-BNY
Philadelphia, PA 19106-1541



Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

SPS Select Portfolio Servicing
P. O. Box 65250
Salt Lake City, UT  84165-0250



Verizon Wireless
P. O. Box 5029
Wallingford, CT 06492-7529

Wilmington Savings Fund Society, FSB, at. el
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City UT 84165-0250

Wilmington Savings Fund, FSB
3217 Decker Lake Dr
Salt Lake City, UT  84119-3284







The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).







The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wilmington Savings Fund Society, FSB, not    End of Label Matrix
                                                Mailable recipients   19
                                                Bypassed recipients    1
                                                Total                 20