United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 22-02019-MJC
Martin D. Borst     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 17, 2023     Form ID: ordsmiss     Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Martin D. Borst, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5501873 | | Borst Martin D, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5510338 | + | Bradford County Tax Claim Bureau, 301 Main St, Towanda, PA 18848-1845 |
| 5501878 | | Guthrie Clinic Ltd., One Guthrie Square, Guthrie Medical Group, P.C., Sayre, PA 18840-1699 |
| 5501874 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5501882 | | Wilmington Savings Fund, FSB, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5501875 | | Email/Text: bankruptcynotice@aspendental.com | Nov 17 2023 18:36:00 | Aspen Dental, 1643 Country Rte # 64, Horseheads, NY 14845 |
| 5501876 | | EDI: ATTWIREBK.COM | Nov 17 2023 23:33:00 | AT&T, P. O. Box 5083, Carol Stream, IL 60197-5083 |
| 5501877 | | EDI: DIRECTV.COM | Nov 17 2023 23:39:00 | Direct TV, P. O. Box 78626, Phoenix, AZ 85062-8626 |
| 5504679 | | EDI: DIRECTV.COM | Nov 17 2023 23:39:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5501879 | ^ | MEBN | Nov 17 2023 18:33:15 | KML Law Group, 701 Market St Ste 5000-BNY, Philadelphia, PA 19106-1541 |
| 5507179 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 17 2023 18:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5501880 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2023 18:37:00 | SPS Select Portfolio Servicing, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5501881 | + | EDI: VERIZONCOMB.COM | Nov 17 2023 23:33:00 | Verizon Wireless, P. O. Box 5029, Wallingford, CT 06492-7529 |
| 5513163 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 17 2023 18:37:00 | Wilmington Savings Fund Society, FSB, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5510336 | *P++ | ASPEN DENTAL, PO BOX 1578, ALBANY NY 12201-1578, address filed with court:, Aspen Dental, 1643 Country Rte # 64, Horseheads, NY 14845 |

| | | |
|---|---|---|
| 5510337 | * | AT&T, P. O. Box 5083, Carol Stream, IL 60197-5083 |
| 5510334 | * | Borst Martin D, 52 Robin Cir, Wysox, PA 18854-7966 |
| 5510339 | *P++ | DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE CO 80155-6550, address filed with court:, Direct TV, P. O. Box 78626, Phoenix, AZ 85062-8626 |
| 5510340 | * | Guthrie Clinic Ltd., One Guthrie Square, Guthrie Medical Group, P.C., Sayre, PA 18840-1699 |
| 5510341 | *+ | KML Law Group, 701 Market St Ste 5000-BNY, Philadelphia, PA 19106-1541 |
| 5510335 | * | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5510342 | * | SPS Select Portfolio Servicing, P. O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5510343 | *+ | Verizon Wireless, P. O. Box 5029, Wallingford, CT 06492-7529 |
| 5510344 | * | Wilmington Savings Fund, FSB, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2023            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT bnicholas@kmllawgroup.com |
| David J. Harris | on behalf of Debtor 1 Martin D. Borst dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Martin D. Borst,  Chapter 13

**Debtor 1**

Case No.  5:22−bk−02019−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  November 17, 2023

ordsmiss (05/18)